AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00239 |
| JOHN ANDERSON | ) Assigned to: Judge Harvey, G. Michael |
| DOB: xx/xx/xxxx | ) Assign Date: 2/17/2021 |
| PDID: None | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 6, 2021  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 111(a) and 2 | - Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting |
| 18 U.S.C. §§ 231(a)(3) and 2 | - Civil Disorder and Aiding and Abetting |
| 18 U.S.C. §§ 641 and 2 | - Theft of Government Property and Aiding and Abetting |
| 18 U.S.C. §§ 1752(a)(1) and (a)(2) | - Entering and Remaining in a Restricted Building or Grounds |
| 40 U.S.C. §§ 5104(e)(2)(D) and (G) | - Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Randy Combs, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date:  02/17/2021

*Judge's signature*

City and state:  Washington, D.C.   G. MICHAEL HARVEY , U.S. Magistrate Judge
*Printed name and title*