AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>JOHN ANDERSON<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00239
Assigned to: Judge Harvey, G. Michael
Assign Date: 2/17/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     John Anderson                                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a) and § 2 -  Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting
18 U.S.C. §§ 231(a)(3) and (2) - Civil Disorder and Aiding and Abetting
18 U.S.C. §§ 641 and (2) - Theft of Government Property and Aiding and Abetting
18 U.S.C. §§ 1752(a)(1) and (2) -  Entering and Remaining in a Restricted Building or Grounds and Aiding and Abetting
40 U.S.C. §§ 5104(e)(2)(D) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date:     02/17/2021

Digitally signed by G.
Michael Harvey
Date: 2021.02.17
16:47:23 -05'00'

*Issuing officer's signature*

City and state:     Washington, DC

G. MICHAEL HARVEY, U.S. Magistrate
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/17/2021 , and the person was arrested on *(date)* 2/25/2021 at *(city and state)* St. Augustine, Florida .<br><br>Date: 2/25/2021 |

*Arresting officer's signature*

Ana Marcus Special Agent - FBI
*Printed name and title*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                              CASE NO. 3:21-mj-1089-MCR

JOHN ANDERSON
_____/

Defense Atty.: DANIEL K. HILBERT
ANDREW TAYLOR MORGAN
AUSA: FRANK MERRILL TALBOT, II

| JUDGE: | **Monte C. Richardson**<br>**U.S. Magistrate Judge** | DATE AND TIME | February 25, 2021<br>3:09 PM – 3:424 PM<br>15 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL/PROBATION | JAMES HASKETT |

## CLERK'S MINUTES

**PROCEEDINGS:        INITIAL APPEARANCE /RULE 5**

Defendant arrested on probable cause on February 25, 2021 by the FBI.

Defendant advised of rights, charges, penalties and special assessment.

Oral Notice of appearance entered on behalf of Defendant by Daniel K. Hilbert, Esq. and Andrew Taylor Morgan, Esq.  Mr. Hilbert further advised that Defendant has retained Marina Medvina, Esq. in the District of Columbia.

Government orally moved for bond.

Court ordered Defendant temporarily detained pending a detention hearing to be held on February 26, 2021 at 2:30 pm.

**FILED IN OPEN COURT**

2.26.2021

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                              CASE NO. 3:21-mj-1089-MCR

JOHN ANDERSON

_____

## WAIVER OF RULE 5(c)(3) HEARINGS

     I, John Anderson, understand that charges are pending in the District of Columbia, and I have been arrested in this district and taken before a United States Magistrate Judge, who informed me of the charge(s) and my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the Complaint;

(3)    a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4)    request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

## I HEREBY WAIVE (GIVE UP) MY RIGHT(s) TO A(N):

☒    an identity hearing

☐    a preliminary hearing

☐    Identity hearing and have been informed I have no right to a preliminary hearing

☐    an identity hearing and reserve my right to have the detention hearing held in the prosecuting district

☐    an identity hearing but request a preliminary hearing to be held in the

prosecuting district and, therefore, consent to the issuance of an order

requiring my appearance in the prosecuting district where the charges are

pending against me.

February 26, 2021

_____
Defendant's Signature

_____
Signature of defendant's attorney

_____
Printed name of defendant's attorney

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                     CASE NO. 3:21-mj-1089-MCR

JOHN ANDERSON

---

## ORDER

The defendant appeared before this Court pursuant to Rule 40, Fed.R.Crim.P., having been arrested on a Warrant issued by the District of Columbia. The defendant was advised of the charges, rights, maximum penalties and of his right to counsel.

The defendant appeared with counsel whereupon he knowingly and voluntarily waived his right to identity hearing.   Accordingly, it is hereby **ORDERED**:

The defendant, having been released on conditions of release, is directed to appear before a magistrate Judge, United States Courthouse Constitution Avenue N.W., Washington D.C., 20001, Courtroom 06, on **March 4, 2021, at 1:00 PM** via Zoom.

The Clerk is directed to forthwith disburse the sum of **$2,500.00** which was posted with the Registry of the Court on February 26, 2021 as security for defendant's bond, to the Clerk of the District of Columbia.

*MK*

The Clerk of the Court shall transmit to the District of District of Columbia any appropriate documentation from the file and then close this file.

**DONE** and **ORDERED** in Jacksonville, Florida on this 26th day of February, 2021.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Assistant United States Attorney (Talbot)
Daniel K. Hilbert, Esq.
Andrew Taylor Morgan, Esq.
Marina Medvin, Esq.

2

BOND, CLOSED

# U.S. District Court
## Middle District of Florida (Jacksonville)
## CRIMINAL DOCKET FOR CASE #: 3:21-mj-01089-MCR All Defendants

Case title: USA v. Anderson

Other court case number: 1:21-mj-00239 District of Columbia

Date Filed: 02/25/2021

Date Terminated: 02/26/2021

Assigned to: Magistrate Judge Monte C. Richardson

**Defendant (1)**

**John Anderson**
1016 W. Aiken Street
St. Augustine, FL 32084
*BOND*
*TERMINATED: 02/26/2021*

represented by **Andrew Taylor Morgan**
Canan Law
1030 N. Ponce de Leon Blvd.
St Augustine, FL 32084
904/824-9402
Fax: 904/829-9269
Email: amorgan@cananlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Daniel K. Hilbert**
Canan Law
1030 N. Ponce de Leon Blvd.
St Augustine, FL 32084
904/824-9402
Fax: 904/824-9269
Email: DHILBERT@CANANLAW.COM
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Marina Medvin**
Medvin Law PLC
916 Prince Street
Alexandria, VA 22314
888-886-4127
Email: marina@medvinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

## Terminated Counts               Disposition

None

## Highest Offense Level (Terminated)

None

## Complaints                        Disposition

18:111A.M Assaulting, Resisting, or
Impeding Certain Officers and Aiding and
Abetting; , 18:231.F CIVIL DISORDER
and Aiding and Abetting; 18:641.M
THEFT/EMBEZZLEMENT OF U. S.
PROPERTY and Aiding and Abetting;
18:1752.P Entering and Remaining in a
RESTRICTED BUILDING OR
GROUNDS; , 40:5104E.M VIOLENT
ENTRY AND DISORDERLY CONDUCT
ON CAPITOL GROUNDS

## Plaintiff

**USA**                       represented by    **Frank Merrill Talbot , II**
US Attorney's Office - FLM
Suite 700
300 N Hogan St
Jacksonville, FL 32202
904/301-6300
Fax: 904/301-6310
Email: frank.m.talbot@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/25/2021 | 1 | Arrest pursuant to Rule 5(c)(2) of John Anderson from the District of Columbia. (SHS) (Entered: 02/25/2021) |
| 02/25/2021 | 2 | Minute Entry proceedings held before Magistrate Judge Monte C. Richardson: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 2/25/2021 as to John Anderson from the District of Columbia. Appearance entered by Daniel K. Hilbert,Andrew Taylor Morgan for John Anderson on behalf of defendant. (Digital) (SHS) (Entered: 02/25/2021) |
| 02/25/2021 | 3 | ORAL MOTION for Bond by USA as to John Anderson. (SHS) (Entered: 02/25/2021) |
| 02/25/2021 | **4** | **ORDER OF TEMPORARY DETENTION as to John Anderson Detention Hearing set for 2/26/2021 at 02:30 PM in Jacksonville Courtroom 5 C before Magistrate Judge Monte C. Richardson. Signed by Magistrate Judge Monte C. Richardson on 2/25/2021. (SHS)** (Entered: 02/25/2021) |

| | | |
|---|---|---|
| 02/25/2021 | 5 | **ORDER as to John Anderson: Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to do so. Failing to do so in a timely manner may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and sanctions. Signed by Judge Timothy J. Corrigan on 12/1/2020. (SHS)** (Entered: 02/25/2021) |
| 02/26/2021 | 6 | MOTION for Marina Medvin to appear pro hac vice, Special Admission fee paid, Receipt No. 113A-17934805 for $150 by John Anderson. (Attachments: # 1 Exhibit Desig + Consent Act Counsel, # 2 Exhibit Special Admission Atty Certif)(Hilbert, Daniel) (Entered: 02/26/2021) |
| 02/26/2021 | 7 | NOTICE OF ATTORNEY APPEARANCE: Daniel K. Hilbert appearing for John Anderson (Hilbert, Daniel) (Entered: 02/26/2021) |
| 02/26/2021 | 8 | Amended MOTION for Marina Medvin to appear pro hac vice by John Anderson. (Attachments: # 1 Exhibit Desig + Consent Act Counsel, # 2 Exhibit Special Admission Atty Certif)(Hilbert, Daniel) (Entered: 02/26/2021) |
| 02/26/2021 | 9 | **ENDORSED ORDER granting 23 Defendants' Amended Motion for Admission of Marina Medvin. If Marina Medvin has not already done so, she shall immediately register for a login and password for electronic filing at the Court's website at www.flmd.uscourts.gov. (1). Signed by Magistrate Judge Monte C. Richardson on 2/26/2021. (SHS)** (Entered: 02/26/2021) |
| 02/26/2021 | 10 | MOTION for Miscellaneous Relief, specifically Defendant's Position on Pretrial Release by John Anderson. (Hilbert, Daniel) (Entered: 02/26/2021) |
| 02/26/2021 | 11 | NOTICE OF ATTORNEY APPEARANCE: Andrew Taylor Morgan appearing for John Anderson (Morgan, Andrew) (Entered: 02/26/2021) |
| 02/26/2021 | | FEE PAID. Fee for pro hac vice appearance, Receipt No. 113A-17937770 for $150 paid. Special Admission for Non-Resident Attorney Marina Medvin (Medvin, Marina) (Entered: 02/26/2021) |
| 02/26/2021 | 12 | Minute Entry proceedings held before Magistrate Judge Monte C. Richardson: Detention Hearing as to John Anderson held on 2/26/2021. (Digital) (SHS) (Entered: 02/26/2021) |
| 02/26/2021 | 13 | WAIVER of Rule 5 & 5.1 Hearings hearing (FILED IN OPEN COURT) by John Anderson. (SHS) (Entered: 02/26/2021) |
| 02/26/2021 | 14 | **ORDER Setting Conditions of Release as to John Anderson (1) $25,000.00 - SECURED. Signed by Magistrate Judge Monte C. Richardson on 2/26/2021. (SHS)** (Entered: 02/26/2021) |
| 02/26/2021 | 15 | Secured BOND entered as to John Anderson in amount of $ 25,000.00. Receipt # JAX034433. (SHS) (Entered: 02/26/2021) |
| 02/26/2021 | 16 | AFFIDAVIT of exclusive ownership of cash bail by John Anderson in the amount of $ 2,500.00; Receipt # JAX034433. (SHS) (jkl). (Entered: 02/26/2021) |
| 02/26/2021 | 17 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to John Anderson Signed by Magistrate Judge Monte C. Richardson on 2/26/2021. (SHS)** (Entered: 02/26/2021) |
| 02/26/2021 | | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to John Anderson regarding your case number: 1:21-mj-00239. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No |

| | | |
|---|---|---|
| | | documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (SHS) (Entered: 02/26/2021) |
| 03/05/2021 | 20 | DISBURSEMENT, check number 4039-22137311 in the amount of $ 2,500.00 paid to CLERK, US DISTRICT COURT, DISTRICT OF COLUMBIA as to John Andersonh per court order #17(SEB) (Entered: 03/11/2021) |

### PACER Service Center

#### Transaction Receipt

03/22/2021 11:53:54

| | | | |
|---|---|---|---|
| **PACER Login:** | BrittanyBryant:6635828:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:21-mj-01089-MCR |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**