UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | )| |
|---|---|---|
|**UNITED STATES OF AMERICA**|)||
||)||
|v.|)|Criminal Case No: **1:21-CR-00215**|
||)||
|**JOHN STEVEN ANDERSON**|)||
||)||
||)||
|Defendant.|)||
||)||

### WITHDRAWAL OF DEFENDANT'S OPPOSITION TO PROTECTIVE ORDER

The defendant hereby withdraws his opposition to the government's request for a protective order. The defendant has agreed to the government's proposed protective order.

Respectfully submitted,
By Counsel:

/s/
_____
Marina Medvin, Esq.
*Counsel for John Anderson*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

### CERTIFICATE OF SERVICE FOR CM/ECF

I hereby certify that on April 21, 2021, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the

CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/

Marina Medvin, Esq.