UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  21-215 (RC) |
| | : | |
| JOHN STEVEN ANDERSON, | : | Re Document Nos.:   24, 27 |
| | : | |
| Defendant. | : | |

## ORDER

**GRANTING DEFENDANT'S MOTION TO REMOVE DESIGNATION OF "HIGHLY SENSITIVE" FROM CCTV VIDEO CLIP; DENYING PROPOSED INTERVENORS' MOTION TO INTERVENE**

For the reasons stated on the record during the hearing of July 28, 2021, Defendant's oral motion (*cf.* Minute Entry (May 28, 2021) ("Defense counsel to submit video/photos for in camera review.")) encompassed within his Memorandum in Support of Defendant's Oral Motion to Remove Designation of "Highly Sensitive" from CCTV Video Clip, ECF No. 24, is **GRANTED**.  It is hereby:

**ORDERED** that the 30 second CCTV video clip at issue in that motion is no longer designated as "Highly Sensitive" and, thus, no longer restricted under this case's Protective Order.

Additionally, Proposed Intervenors' Motion to Intervene (ECF No. 27) is **DENIED WITHOUT PREJUDICE**.  The Court suggests that Proposed Intervenors attempt to obtain the video clip from Defendant.  If unsuccessful, Proposed Intervenors may renew their motion.

**SO ORDERED**.

Dated:  July 28, 2021　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge