UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-CR-215-RC |
| | : | |
| v. | : | |
| | : | |
| JOHN STEVEN ANDERSON, | : | |
| | : | |
| Defendant. | : | |

**UNITED STATES OF AMERICA'S MOTION TO FILE UNDER SEAL GOVERNMENT'S SUGGESTION OF DEATH AND MOTION FOR ABATEMENT OF <u>PROSECUTION</u>**

The United States of America hereby moves this Court for an order granting the Government permission to file under seal it's Suggestion of Death and Motion for Abatement of Prosecution in accordance with Local Civil Rule 5.4(f). In support of this motion, the Government states the following.

1. The Government's motion contains, as an exhibit, a document that contains personal identifiable information including medical records, date of birth, and social security number. This information cannot be redacted.

2. WHEREFORE, the Government requests the Court allow the Government to file under seal the Government's Suggestion of Death and Motion for Abatement of Prosecution.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By: /s/ *Robert Juman*
ROBERT JUMAN
New Jersey Bar No. 032201993
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No . (786) 514-9990
robert.juman@usdoj.gov

## CERTIFICATE OF SERVICE

On this 29th day of September 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Robert Juman*
ROBERT JUMAN
Assistant United States Attorney