# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 21-215 (RC) |
| | : | |
| JOHN STEVEN ANDERSON, | : | Re Document No.:   43 |
| | : | |
| Defendant. | : | |

## ORDER

### GRANTING THE GOVERNMENT'S MOTION FOR ABATEMENT

Before the Court is the Government's Suggestion of Death and Motion for Abatement of Prosecution.  ECF Nos. 43 & 44.  Mr. Anderson died on September 21, 2021, in Jacksonville, Florida.  ECF No. 43-1.  Death "abates . . . all proceedings had in the prosecution from its inception."  *United States v. Pogue*, 19 F.3d 663, 665 (D.C. Cir. 1994) (quoting *Durham v. United States*, 401 U.S. 481, 483 (1971) (per curiam)).  Accordingly, the Government's motion for abatement is **GRANTED** and the indictment against Mr. Anderson is hereby **DISMISSED**.

**SO ORDERED**.

Dated:  October 1, 2021                                                               RUDOLPH CONTRERAS
                                                                                                          United States District Judge