UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Case No: **1:21-CR-00215** |
| ) | |
| JOHN STEVEN ANDERSON ) | |
| ) | |
| Defendant.  ) | |

## UNOPPOSED MOTION FOR DISBURSEMENT OF FUNDS

The Defendant, through counsel, moves the Court for an order directing the Clerk of the Court to disburse funds to the Defendant and his estate in the amount of $2,500.00, which is being held for the late Mr. Anderson by Clerk of the United States District Court for the District of Columbia under Case Number 1:21-CR-00215.

The government does not oppose this motion.

Respectfully submitted,
By Counsel:

/s/
_____
Marina Medvin, Esq.
*Counsel for John Anderson*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel: 888.886.4127
Email: contact@medvinlaw.com

## **CERTIFICATE OF SERVICE FOR CM/ECF**

      I hereby certify that on November 3, 2021, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                   /s/
                                  _____
                                  Marina Medvin, Esq.